# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

PETER FRAZZETTO, JR.,

   Plaintiff,

-vs-               Case No. 6:07-cv-948-Orl-28KRS

COMMISSIONER OF SOCIAL
SECURITY,

   Defendant.
_____

## ORDER

  This case is before the Court on the Complaint filed by Peter Frazzetto, Jr. (Doc. No. 1) filed June 4, 2007. The United States Magistrate Judge has submitted a report recommending that the decision of the Commissioner of Social Security ("Commissioner") be reversed and the case remanded for further proceedings.

  After an independent *de novo* review of the record in this matter, and consideration of the Defendant's Objections to the Report and Recommendation (Doc. No. 19), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

  1. That the Report and Recommendation filed July 18, 2008 (Doc. No. 18) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

  2. The decision of the Commissioner is **REVERSED** and the case is **REMANDED** to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

3. The Clerk is directed to enter judgment consistent with this Order and to thereafter close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __29__ day of August, 2008.

_____
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party