UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**PETER FRAZZETTO, JR.,**

          **Plaintiff,**

-vs-                                      **Case No. 6:07-cv-948-Orl-28KRS**

**COMMISSIONER SOCIAL SECURITY,**

          **Defendant.**

_____

# ORDER

This case is before the Court on Plaintiff's Application for Attorney's Fee Under the Equal Access to Justice Act (Doc. No. 24) filed October 10, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed November 10, 2008 (Doc. No. 26) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Application for Attorney's Fee Under the Equal Access to Justice Act (Doc. No. 24) is **GRANTED**.

3. The Commissioner of Social Security Administration is directed to pay to Peter Frazzetto, Jr., $4,429.69 in attorneys' fees and $350.00 in costs.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this \_\_\_2nd\_\_\_ day of December, 2008.

*/s/ John Antoon II*
JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party